**J. A. Bauer, appellee, v. Chicago, Burlington & Quincy Railroad Company, appellant.**

Action to recover damages for injuries sustained in collision between plaintiff's automobile and defendant's train. Judgment for plaintiff. Appeal from the Circuit Court of Clinton county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed February 9, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Noleman, Smith & Dallstream, for appellant. P. K. Johnson and C. A. McNeill, for appellee.

**Mr. Justice Boggs delivered the opinion of the court.**